F I L E D
Clerk
District Court

MAY 21 2018

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| NICOLAS GUY POHL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOBIL OIL MARIANA ISLANDS, INC., et al.,<br><br>　　　　Defendants. | CASE NO. 1:16-CV-00028<br><br>**ORDER DISMISSING ACTION AND CLOSING CASE** |

　　This action has been voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by stipulation of dismissal signed by all parties who have appeared. (Stipulation of Dismissal Without Prejudice, May 10, 2018, ECF No. 45 .) Per stipulation, each party shall bear its own attorneys' fees, costs, and expenses. Defendant Exxon Mobil Corporation has previously been dismissed with prejudice from the action. (Decision and Order, Oct. 16, 2017, ECF No. 32.)

　　All remaining conferences under the Case Management Scheduling Order (ECF No. 40) are vacated.

　　The Clerk is directed to close the case.

　　SO ORDERED this 21st day of May, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RAMONA V. MANGLONA
　　　　　　　　　　　　　　　　　　Chief Judge